UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    : 19-60266-CIV-RKA
JUDGE       : ROY K. ALTMAN
TRIAL DATE: 02/18/20

KAZIM ARABACI

    Plaintiff(s),         MEDIATORS REPORT

vs.

JAMES RIVER INSURANCE COMPANY

    Defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Orestes "Rusty" Perez, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 08-19-2019 13:00.

**X**     AN AGREEMENT WAS REACHED.

    ____ Mediation Agreement attached, with the parties consent.

____ No Agreement was reached.

____ The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___/ then it shall be considered no agreement was reach in this matter.

____ A Pre/Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____ Other:_____

_____
Certified Mediator, FLORIDA MEDIATION GROUP - FMG# 0-1627

( )                    (X)                  ( )
44 W. Flagler St.     401 E. Las Olas Blvd.    500 Australian Ave. S.
Suite 1900            Suite 1220             Suite 600
Miami, FL. 33130     Ft. Lauderdale, FL. 33301 W. Palm Beach FL 33401
305.579.9990          954.522.9991           305.579.9990

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
08/19/2019
medrept.fed